UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-2385 (PAM/JGL)

Tami Knudsen,

Plaintiff,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

vs.

Canada Life Assurance Company,

Defendant.

**STIPULATION**

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that plaintiff's Complaint in the above-captioned matter may be dismissed with prejudice against defendant Canada Life Assurance Company pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter the following Order.

Dated this 14 day of May, 2001.

COLEMAN, HULL & VAN VLIET, P.L.L.P.

By: [signature]
Donald R. McNeil (Atty. Reg. No. 200840)
Suite 2110
8500 Normandale Lake Boulevard
Minneapolis, Minnesota 55437
(952) 841-0206

*Attorneys for Canada Life Assurance Company*

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 07 2001
DEPUTY CLERK ____________

Dated this 31st day of May, 2001.

PETERSON, FISHMAN, LIVGARD & CAPISTRANT

By: ______________________

Fay E. Fishman (Atty. Reg. No. 158446)
Uptown Business Center
3009 Holmes Avenue South
Minneapolis, MN 55408
(612) 827-8123

*Attorney for Plaintiff Tami Knudsen*

**ORDER**

Based upon the foregoing Stipulation,

*IT IS HEREBY ORDERED* that Plaintiff's Complaint in the above-captioned matter be and hereby is dismissed with prejudice against defendant Canada Life Assurance Company without further costs, disbursements or attorneys' fees to any party.

*IT IS FURTHER ORDERED* that the clerk shall enter judgment accordingly.

Dated this 7th day of June, 2001.

BY THE COURT

______________________
Honorable Paul A. Magnuson,
Judge of District Court

drm-116p